# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00311-JLK

Q PUBLISHING GROUP, LTD, a Colorado limited liability company,

        Plaintiff,

v.

OUTFRONT MEDIA INC., a Maryland corporation and real estate investment trust,

        Defendant.

## ORDER

THIS MATTER, coming before the Court upon the Parties' Joint Motion to Amend Preliminary Injunction Discovery and Briefing Schedule (Doc. 38), and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Parties' Joint Motion (Doc. 38) is GRANTED. The Preliminary Injunction Discovery and Briefing Schedule shall be amended as follows:

| Action | Date |
| --- | --- |
| Plaintiff to complete production of documents | 8/21/2015 |

| | |
|---|---|
| The Parties to identify any rebuttal experts to provide testimony on the Motion for Preliminary Injunction and provide Rule 26(a)(2) reports | 8/28/2015 |
| Parties to each take up to a seven (7) hour deposition (individual or Rule 30(b)(6)) of the opposing Party | 9/1-30/2015 |
| Parties to meet and confer, and complete depositions of any third party witnesses, including who provide evidence or declarations in support of or in opposition to the Motion for Preliminary Injunction | 10/13/2015 |
| Defendant to file its Opposition to the Motion for Preliminary Injunction | 10/16/2015 |
| Plaintiff to file a Reply in further support of the Motion | 10/29/2015 |
| Hearing on Motion for Preliminary Injunction (Doc. 24) **The hearing currently set for Wednesday, October 7, 2015, is VACATED and will be set at a mutually agreeable date and time**. | Parties to confer.  Mutual setting after 11/10/2015 |

ORDERED this 19th day of August, 2015.

BY THE COURT:

*/s/ John L. Kane*

John L. Kane
Senior United States District Court Judge