**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Date:  December 14, 2015                     Courtroom Deputy: Bernique Abiakam
Civil Case No.: 15-cv-00311-JLK         Court Reporter: Janet Coppock

Q PUBLISHING GROUP, LTD,                 Robert R. Brunelli
                                                               Antonio Garcia Vann
              Plaintiff,                                     Patricia Yih-Ting Ho

v.

OUTFRONT MEDIA INC.,                         Brian P. O'Donnell
                                                               Dennis L. Wilson (via telephone)
              Defendant.

_____

**COURTROOM MINUTES**

_____

**Motion Hearing**

**10:18 a.m.    Court in session.**

Court calls case.  Appearances of counsel, in-person and via telephone.

Preliminary remarks by the Court.

**ORDERED:   Defendant's Motion For Leave To Restrict Access (Filed 12/14/15;**
**                    Doc. No. 59) is GRANTED.**

Argument heard on Doc. No. 52.

10:21 a.m.    Argument by Mr. Brunelli.

10:28 a.m.    Argument by Mr. O'Donnell.

10:31 a.m.    Argument by Mr. Brunelli.

10:33 a.m.    Comments and rulings by the Court.

**ORDERED    Plaintiff's Opposed Motion for Entry Of Protective Order (Filed**
**                   12/4/15; Doc. No. 52) DENIED as to in-court testimony in lieu of**
**                   depositions and to the six named depositions which are already**
**                   given and once those six depositions are completed, the Court will**
**                   review the need for additional depositions upon a showing by either**
**                   party as to what depositions they request.  The motion is GRANTED**
**                   as to the 60-day extension for discovery.**

*15-cv-00311-JLK*
*December 15, 2015*
*Motion Hearing*

**ORDERED:** **First phase discovery deadline of January 4, 2016 is VACATED and RESET for March 4, 2016.**

**ORDERED:** **The Motions deadline set for January 15, 2016 is VACATED and reset for March 15, 2016.  Responses are due March 30, 2016.  Replies are due April 11, 2016.**

**ORDERED:** **Motion For Preliminary Injunctive Relief With Supporting Memorandum of Law and Rule 7.1A Certificate of Compliance (Filed 6/19/15; Doc. No. 24) is WITHDRAWN.**


**10:35 a.m.    Court in recess.**
Hearing concluded.
Total in-court time:   00:16