**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  March 8, 2016            Deputy Clerk: Bernique Abiakam
                                               Court Reporter: Gwen Daniel

Civil Action No.: 15-cv-00311-JLK

Q PUBLISHING GROUP, LTD., a
Colorado limited liability company,          Robert R. Brunelli
                                             Patricia Ho

       Plaintiff,

v.

OUTFRONT MEDIA INC., a Maryland
corporation and real estate investment trust,    Brian P. O'Donnell
                                             Dennis L. Wilson (via telephone)

       Defendant.

**COURTROOM MINUTES**

**Motions Hearing**

**10:05 a.m.   Court in session.**

Court calls case.  Appearances of counsel.

Comments by the Court regarding F.R.C.P. amendments.

The Court firmly admonishes counsel regarding any further violations, as specified, which may include sanctions and case dismissal.

Comments by the Court regarding pending motions.

10:12 a.m.   Argument by Mr. O'Donnell.

10:20 a.m.   Argument by Ms. Ho.

10:29 a.m.   Rebuttal argument by Mr. O'Donnell.

10:32 a.m.   Comments and rulings by the Court.

**ORDERED:**   Motion to Clarify [Doc. No. 60] regarding [Doc. No. 58, filed 12/14/15] is GRANTED as specified.

*15-cv-00311-JLK*
*Motions Hearing*
*March 8, 2016*

**ORDERED:** **Motion to Strike [Doc. No. 82] regarding [Doc. No. 77, filed 1/29/16] is DENIED, as specified.**

**ORDERED:** **Defendant Outfront Media Inc.'s Motion For Extension Of First Phase Discovery Schedule [Doc. No. 84, filed 2/18/16] is DEFERRED, as specified.**

**ORDERED:** **A Status/Scheduling Conference is set for April 8, 2016 at 10:00 a.m.**

**10:37 a.m.    Court in recess.**
Hearing concluded.
Time in court - 32 minutes.