**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-00311-JLK

Q PUBLISHING GROUP, LTD., a Colorado limited liability company,

    Plaintiff,

v.

OUTFRONT MEDIA INC., a Maryland corporation and real estate investment trust,

    Defendant.

**ORDER GRANTING
STIPULATION DISMISSING ACTION WITH PREJUDICE**

BEFORE THE COURT is Plaintiff Q Publishing Group, Ltd. and Defendant Outfront Media Inc.'s Stipulation Dismissing Action With Prejudice (Doc. 101). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Parties' Stipulation, all claims and causes of action against Defendant Outfront Media Inc. are DISMISSED WITH PREJUDICE.  Each party to bear its own costs and attorney fees.

The Status Conference scheduled for Friday, April 8, 2016, at 10:00 a.m. is VACATED.

Defendant's Motion for Extension of First Phase Discovery Schedule (Doc. 84) is DENIED AS MOOT.

DONE AND ORDERED this 1st day of April, 2016.

                              BY THE COURT:

                              */s/ John L. Kane*
                              John L. Kane
                              Senior U.S. District Court Judge